**WEST WAY LLC**
2410 W. Memorial Road Suite C-113
Oklahoma City, OK 73134

**INVOICE:** 1524515
Issued: Jul 10, 2017

**MCAFEE & TAFT**
Bre Little
211 N. Robinson, 10th Floor
Oklahoma City, OK 73102

**PAY TO:**
**WEST WAY LLC**
2410 W. Memorial Road Suite C-113
Oklahoma City, OK 73134

| Case: | CIV-17-654-E | Plaintiff / Petitioner: | HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY |
|---|---|---|---|
| Job: | 1524515 | Defendant / Respondent: | KESHIA JONES-ATCHISON, et al. |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| STATE OF OKLAHOMA SERVICE-METROPOLITAN | KESHIA JONES-ATCHISON | $55.00 | 1 | $55.00 |

| | |
|---|---|
| Total: | $55.00 |
| Amount Paid: | ($0.00) |
| **Balance Due:** | **$55.00** |

WEST WAY LLC • 2410 W. Memorial Road Suite C-113, Oklahoma City, OK 73134

Call: 405.600.9464 • Fax: 405.600.9513 • Email: service@westwayprocess.com • Visit: www.westwayprocess.com