SOUTH FLORIDA LEGAL SERVICES OI
P.O. Box 2647
Ft. Myers, FL 33902-2647
Phone: (239) 332-7000
Fax: (239) 337-2100
Tax Num: 65-0437903

**INVOICE**

Invoice #SCD-2017005451
6/20/2017

Andrew J. Morris
McAfee & Taft, A Professional Corporation
211 N. Robinson Ave.
10th Floor, Two Leadership Square
Oklahoma City, OK 73102

**Case Number: Western CIV-17-654-D**

Plaintiff:
**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,**

Defendant:
**KESHIA JONES-ATCHISON, DAVID ATCHISON, SR., AND FANNIE ATCHISON,**

Received: 6/16/2017   Served: 6/19/2017 7:04 pm INDIVIDUAL/PERSONAL
To be served on: FANNIE ATCHISON

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 60.00 | 60.00 |
| TOTAL CHARGED: | | | $60.00 |
| 6/16/2017   #109906   Pre-Payment | | | 60.00 |
| **BALANCE DUE:** | | | **$0.00** |

Thank you for your business!



A $7.50 SERVICE FEE WILL BE ADDED EACH MONTH AFTER 30 DAYS.
UPON REMITTENCE OF INVOICE PLEASE ENCLOSE THE INVOICE NUMBER(S)

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.2d